IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PETER MARTIN                           *
14543 Manor Road
Phoenix, MD 21131                      *

    Plaintiff                          *

v.                                     *        CASE NO.:

CARNIVAL CORPORATION                   *
t/a: Carnival Cruise Lines
3655 NW 87 Ave.                        *
Doral, FL 33178
**SERVE ON:**  Resident Agent          *
National Registered Agents, Inc. of MD
2405 York Road, Suite 201              *
Lutherville Timonium, MD 21093-2264
                                       *
    Defendant
*       *       *       *       *       *       *       *       *       *       *       *       *

## COMPLAINT

Plaintiff, Peter Martin, by Francis X. Borgerding, Jr., his attorney, for his Complaint against

Defendant, Carnival Corporation t/a Carnival Cruise Lines, states as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages, costs and attorney's fees pursuant to,

*inter alia*, 47 U.S.C. §227 (Telephone Consumer Protection Act (TCPA).

## JURISDICTION

2. The jurisdiction of this Court is conferred by 26 U.S.C. §1371 and §1367.

3. Venue in this District is proper pursuant to 28 U.S.C. §1391.

## PARTIES

4. Plaintiff, Peter Martin, is an individual who resides in the State of Maryland.

5. Upon information and belief, Defendant, Carnival Corporation t/a Carnival Cruise Lines,

is a corporation incorporated under the laws of the State of Florida and authorized to do business in the State of Maryland.  Plaintiff believes and therefore avers that Carnival Corporation t/a Carnival Cruise Lines is engaged in telephone calls to promote its business.

6.   Defendant, Carnival Corporation t/a Carnival Cruise Lines, is a corporation which conducted unsolicited communication as described in 47 U.S.C. §227.

## FACTS COMMON TO ALL COUNTS

7. Peter Martin's cellular phone number is on the Do Not Call List.

## COUNT ONE

8. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 11/18/2020 at 2:50 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,00.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT TWO

9. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 11/20/2020 at 9:43 a.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT THREE

10. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 11/21/2020 at 1:35 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT FOUR

11. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 11/21/2020 at 8:00 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT FIVE

12. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 1/20/2021 at 7:39 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus

attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT SIX

13. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 1/27/2021 at 6:38 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

/s/
_____
FRANCIS X. BORGERDING, JR.
Federal Bar No.: 07800
409 Washington Avenue, Suite 600
Towson, Maryland 21204
410-296-6820 Fax: 410-296-6884
borgerdinglaw@aol.com
Attorney for Plaintiff
