IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PETER MARTIN<br>14543 Manor Road<br>Phoenix, MD 21131 | *<br><br>* | |
| Plaintiff | * | |
| v. | * | CASE NO.: |
| CARNIVAL CORPORATION<br>t/a: Carnival Cruise Lines<br>3655 NW 87 Ave.<br>Doral, FL 33178<br>**SERVE ON:** Resident Agent<br>National Registered Agents, Inc. of MD<br>2405 York Road, Suite 201<br>Lutherville Timonium, MD 21093-2264 | *<br><br>*<br><br>*<br><br>*<br><br>* | |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AMENDED COMPLAINT

Plaintiff, Peter Martin, by Francis X. Borgerding, Jr., his attorney, for his Complaint against Defendant, Carnival Corporation t/a Carnival Cruise Lines, states as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages, costs and attorney's fees pursuant to, *inter alia*, 47 U.S.C. §227 (Telephone Consumer Protection Act (TCPA).

## JURISDICTION

2. The jurisdiction of this Court is conferred by 26 U.S.C. §1371 and §1367.

3. Venue in this District is proper pursuant to 28 U.S.C. §1391.

## PARTIES

4. Plaintiff, Peter Martin, is an individual who resides in the State of Maryland.

5. Upon information and belief, Defendant, Carnival Corporation t/a Carnival Cruise Lines,

is a corporation incorporated under the laws of the State of Florida and authorized to do business in the State of Maryland. Plaintiff believes and therefore avers that Carnival Corporation t/a Carnival Cruise Lines is engaged in telephone calls to promote its business.

6. Defendant, Carnival Corporation t/a Carnival Cruise Lines, is a corporation which conducted unsolicited communication as described in 47 U.S.C. §227.

## FACTS COMMON TO ALL COUNTS

7. Peter Martin's cellular phone number is on the National Do Not Call Registry.

## COUNT ONE

8. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-954-205-7716 on 11/18/2020 at 2:50 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,00.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT TWO

9. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 11/20/2020 at 9:43 a.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT THREE

10. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 11/21/2020 at 1:35 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT FOUR

11. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 11/21/2020 at 8:00 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT FIVE

12. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 1/20/2021 at 7:39 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus

attorney's fees and post judgment interest on the amounts until paid in full.

## COUNT SIX

13. Defendant, Carnival Corporation t/a Carnival Cruise Lines violated 47 U.S.C. §227 by calling Plaintiff, Peter Martin, at telephone number 1-934-205-7716 on 1/27/2021 at 6:38 p.m. without Mr. Martin's consent.

**WHEREFORE**, Plaintiff, Peter Martin, requests this court enter an order in favor of Plaintiff, Peter Martin, and against the Defendant, Carnival Corporation t/a Carnival Cruise Lines, for the amount of $1,500.00 in compensatory damage and $150,000.00 in punitive damages, plus attorney's fees and post judgment interest on the amounts until paid in full.

                                                             /s/
                                    FRANCIS X. BORGERDING, JR.
                                    Federal Bar No.: 07800
                                    409 Washington Avenue, Suite 600
                                    Towson, Maryland 21204
                                    410-296-6820 Fax: 410-296-6884
                                    borgerdinglaw@aol.com
                                    Attorney for Plaintiff