IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PETER MARTIN, | * |
| Plaintiff, | * |
| v. | *   Civil Case No.: SAG-21-355 |
| CARNIVAL CORPORATION t/a CARNIVAL CRUISE LINES, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 18th day of May, 2021, by the U.S. District Court for the District of Maryland, ORDERED that the Defendant's Motion to Dismiss, ECF 14, is GRANTED. Plaintiff's claims are dismissed without prejudice. The Clerk is directed to CLOSE this case.

_____/s/_____
Stephanie A. Gallagher
United States District Judge